UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| IN RE: )<br>)<br>CHRISTINE LYNN RHYMER, )<br>    Debtor. ) | Case No. 2:22-bk-51188-RRM<br>Chapter 7 |
| CHRISTINE LYNN RHYMER, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>    Defendants. ) | Adv. Proc. No.: 2:23-ap-05002-RRM |

## SECOND JOINT STATUS REPORT

Pursuant to paragraph 7 of the Court's Order Granting Stay (Doc. 26), the parties submit the following Second Joint Status Report:

1. Defendant's counsel has provided Plaintiff with the complete records for Plaintiff's loans held by the U.S. Department of Education ("DOE").

2. In accordance with the guidance promulgated by the U.S. Department of Justice in coordination with DOE with respect to proceedings brought pursuant to 11 U.S.C. § 523(a)(8) (the "Guidance"), Plaintiff has provided a draft Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans ("Attestation"), and a finalized and sworn Attestation is currently in transit to counsel for Defendant.

3. Once the sworn Attestation is received from Plaintiff, counsel for Defendant, in coordination with DOE, will evaluate the information to determine whether the elements of undue hardship are met, and make a recommendation with respect to discharge.

4. If an additional sixty (60) days passes before a resolution is reached or the stay is lifted, the parties will provide the Court with an additional joint status report in order to keep the Court apprised of the progress of this process.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: *s/ J. Spencer Fair*
J. Spencer Fair (BPR #028069)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Spencer.fair@usdoj.gov
(865) 545-4167

CHRISTINE LYNN RHYMER

Plaintiff

By: */s/ Dean Greer (w/ permission JSF)*
Dean Greer (BPR #009976)
Attorney for Plaintiff
Dean Greer & Associates, Inc.
P.O. Box 3708
Kingsport, Tennessee 37664
bankruptcy@deangreer.com
(423) 246-1988